# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL C. SLOCUM,<br><br>        Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 19-0911 DSF (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Defendant's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge, with the following modification:  the spelling of the first word of the parenthetical on page 13, line 5 is corrected to "discussing."

\\

\\

**IT IS ORDERED** that the decision of the Commissioner be REVERSED and that the above-captioned action be REMANDED to the Commissioner for further action consistent with the Court's Report and Recommendation of United States Magistrate Judge.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on counsel for Plaintiff and counsel for Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: November 13, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE