# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| April C. Slocum<br><br>　　　　Plaintiff;<br><br>　vs.<br><br>Andrew Saul[1], Commissioner of Social Security;<br><br>　　　　Defendant. | Case No.: 2:19-cv-00911-DSF-SS<br><br>**ORDER ON STIPULATION TO AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT [EAJA] [28 U.S.C. §2412(d)]** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees in the amount of $6,500.00 as authorized by 28 U.S.C. § 2412, as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Date: 1/9/20　　　　　　　　　　　　By: _____/S/_____
　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Suzanne H. Segal

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See also* section 205(g) of the Social Security Act, 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

ORDER ON STIPULATION RE: ATTORNEY'S FEES PURSUANT TO EAJA
*Slocum v. Commissioner SSA*